No. 868. TAYLOR ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *George L. Russell, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 901. JOHN REINER & Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles Rembar* and *George Zolotar* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Kathryn H. Baldwin* for the United States.

No. 928. LITCHFIELD SECURITIES CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph F. Monaghan* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 932. BYRTH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 945. MASSEY-FERGUSON LTD. *v.* INTERMOUNTAIN FORD TRACTOR SALES CO. ET AL. C. A. 10th Cir. Certiorari denied. *John F. Sonnett* and *Dennis McCarthy* for petitioner. *Joseph L. Alioto* and *Brigham E. Roberts* for respondents.

No. 946. SECURITY STATE BANK OF PHARR, TEXAS, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jackson Littleton* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.